1 **LEWIS BRISBOIS BISGAARD & SMITH LLP**
CHARLES L. HARRIS, SB# 146546
2     E-Mail: Charles.Harris@lewisbrisbois.com
DANE H. TAYLOR, SB# 287392
3     E-Mail: Dane.Taylor@lewisbrisbois.com
650 Town Center Drive, Suite 1400
4 Costa Mesa, California 92626
Telephone: 714.545.9200
5 Facsimile: 714.850.1030

6 Attorneys for FOREMOST INSURANCE
COMPANY GRAND RAPIDS,
7 MICHIGAN

8

9
**UNITED STATES DISTRICT COURT**
10
**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**
11

12

| | |
|---|---|
| FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN, a corporation;<br><br>Plaintiff,<br><br>vs.<br><br>JASON CLONINGER, an individual; LISA CLONINGER, an individual; NATHAN PREUIT, an individual; BRANDI HART, an individual; WAYNE RAMOS, an individual; TIFFANY J. RAMOS, an individual; NICOLE LUCIA JAHNKE, an individual; JEREMIAH JAHNKE, an individual; JULIO SALAS, an individual; MONICA SALAS, an individual; KAREN REA, an individual; JENNIFER REA-LILLA, an individual; and THE ESTATE OF HENRY REA.<br><br>Defendants. | CASE NO. 5:20-cv-00938-JGB-KK<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT OF ENTIRE CASE**<br><br>[Hon. Jesus G. Bernal]<br><br>Action Filed: April 30, 2020<br>Trial Date:    August 3, 2021 |

27 / / /

28 / / /

4811-3172-3218.1

**TO THE HONORABLE JESUS G. BERNAL, UNITED STATES DISTRICT COURT JUDGE:**

Please be advised that Plaintiff FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN ("Plaintiff") and Defendants JASON CLONINGER, LISA CLONINGER, NATHAN PREUIT, BRANDI HART, WAYNE RAMOS, TIFFANY J. RAMOS, NICOLE LUCIA JAHNKE, JEREMIAH JAHNKE, JULIO SALAS, MONICA SALAS, and JENNIFER REA-LILLA (collectively, "Defendants") have entered into a Settlement Agreement that is a full and final settlement of all claims in this action.

Plaintiff's counsel is concurrently filing a [Proposed] Order in connection with the parties' settlement. Plaintiff's counsel respectfully requests the Court approve the concurrently filed [Proposed] Order dismissing the action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: November 17, 2020          LEWIS BRISBOIS BISGAARD & SMITH LLP


By:   /s/ Dane Harrison Taylor
Dane H. Taylor
Attorneys for FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN

# CALIFORNIA STATE COURT PROOF OF SERVICE

Foremost Insurance Company Grand Rapids, Michigan v. Jason Cloninger, et al.
Case No. 5:20-cv-00938-JGB-KK

STATE OF CALIFORNIA, COUNTY OF ORANGE

At the time of service, I was over 18 years of age and not a party to this action. My business address is 650 Town Center Drive, Suite 1400, Costa Mesa, CA 92626.

On November 17, 2020, I served true copies of the following document(s):

**PLAINTIFF'S NOTICE OF SETTLEMENT OF ENTIRE CASE**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Michael Alder, Esq.<br>Mary L. Caruso, Esq.<br>**ALDER LAW, PC**<br>1875 Century Park East, Suite 1500<br>Los Angeles, CA 90067 | Attorneys for Defendants,<br>**NATHAN PREUIT AND BRANDI HART**<br><br>T: (310) 275-9131<br>F: (310) 275-9132<br>cmalder@alderlaw.com<br>mcaruso@alderlaw.com |
| Robert B. Hutchinson, Esq.<br>Kelly W. Weil, Esq.<br>Carlos Urzua, Esq.<br>**COTCHETT, PITRE & McCARTHY LLP**<br>2716 Ocean Park Boulevard, Suite 3088<br>Santa Monica, CA 90405 | Attorneys for Defendants, **JASON CLONINGER and LISA CLONINGER**<br><br>T: (310) 392-2008<br>F: (310) 392-0111<br>rhutchinson@cpmlegal.com<br>kweil@cpmlegal.com<br>curzua@cpmlegal.com |
| Jason P. Fowler, Esq.<br>Ryan K. Kahl, Esq.<br>Nader S. Sabawi, Esq.<br>**PARRIS LAW FIRM**<br>43364 10th Street West<br>Lancaster, California 93534 | Attorneys for Defendants,<br>**WAYNE RAMOS and TIFFANY J. RAMOS**<br><br>T: (661) 949-2595<br>F: (661) 949-7524<br>jfowler@parris.com<br>rkahl@parris.com<br>nsabawi@parris.com |

4811-3172-3218.1     PROOF OF SERVICE AND SERVICE LIST

| | |
|---|---|
| Allen D. Bucknell, Esq.<br>**GOLDBERG & OSBORNE LLP**<br>4423 E. Thomas Road, Suite 3<br>Phoenix, Arizona 85018 | Attorneys for Defendants,<br> (*Pro Hac Vice*) **WAYNE RAMOS AND TIFFANY J. RAMOS**<br><br>T: (602) 808-6200<br>F: (602) 808-6960<br>abucknell@goldbergandosborne.com |
| William D. Shapiro, Esq.<br>Brian D. Shapiro, Esq.<br>Matthew D. Shapiro, Esq.<br>**LAW OFFICES OF**<br>**WILLIAM D. SHAPIRO**<br>893 East Brier Drive<br>San Bernardino, California 92408-2837 | Attorneys for Defendant,<br>**JENNIFER REA-LILLA**<br><br>T: (909) 890-1000<br>F: (909) 890-1001<br>bill@wshapiro.com<br>Brian@wshapiro.com<br>matt@wshapiro.com |
| Terence S. Cox, Esq.<br>Thomas M. Fedeli, Esq.<br>**COX WOOTTON LERNER,**<br>**GRIFFIN & HANSEN LLP**<br>900 Front Street, Suite 350<br>San Francisco, CA 94111 | **Attorneys for Defendants, JULIO SALAS, MONICA SALAS, AND NICOLE JAHNKE**<br><br>T: (415) 438-4600<br>F: (415) 438-4601<br>txcox@cwlfirm.com<br>tfedeli@cwlfirm.com |

The documents were served by the following means:

☒ (BY ELECTRONIC SERVICE)  I electronically filed the document(s) with the Clerk of the Court by using the U.S. Federal Court's Portal System. Participants in the case who are registered users will be served by the U.S. Federal Court's Portal System.  Participants in the case who are not registered users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 17, 2020, at Brea, California.

*/s/Rosie Martinez*
Rosie Martinez

4811-3172-3218.1

2

PROOF OF SERVICE AND SERVICE LIST